**Charles POINTER, Appellant,**

v.

**PARENTS FOR FAIR SHARE, Appellee.**

No. 02–1335.

United States Court of Appeals, Eighth Circuit.

Submitted April 3, 2002.

Filed April 8, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

of Missouri.

PER CURIAM.

Charles Pointer appeals from the district court's[1] preservice dismissal of his complaint. Upon de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we summarily affirm, *see* 8th Cir. R. 47A(a).

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.